United States District Court
Southern District of Texas
**ENTERED**
April 14, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-20-0477 |
| § | |
| 2014 CHEVROLET SILVERADO, § | |
| *et al.*, § | |
| Defendants. § | |

## ORDER

It is hereby **ORDERED** that this civil forfeiture case is **STAYED AND ADMINISTRATIVELY CLOSED** pending final conclusion of the related criminal proceeding in Montgomery County, Texas. It is further

**ORDERED** that counsel for the United States shall file a written status report on **October 15, 2020**, and every four months thereafter until the case is reinstated on the Court's active docket.

SIGNED at Houston, Texas, this 14th day of **April, 2020**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE